

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| CRYSTAL HENDREN, | § | No. 08-21-00132-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| GABRIEL LAZAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV3449) |
| | § | |

**O R D E R**

After reviewing this case, the Court has determined that further briefing is necessary to properly assess its jurisdiction. Therefore, we ORDER Appellant to, within 7 days of the date of this order, file a letter brief with this Court addressing whether the trial court's order constitutes an appealable interlocutory order. Appellee's response, if any, will be due within 5 days of the filing of Appellant's letter brief.

IT IS SO ORDERED this 7th day of December, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.